IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-HC-2088-FL

| | |
|---|---|
| RONALD KEITH SUTHERLAND, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| NORTH CAROLINA and WARDEN, ) | |
| ) | |
| Respondents. ) | |

Petitioner, a state inmate proceeding pro se, petitions this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter is before the court for initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Courts.

It does not clearly appear from the face of the petition that petitioner is not entitled to relief; thus, the matter is ALLOWED to proceed. The clerk is DIRECTED to maintain management of the matter. Petitioner's motion for stay and abeyance (DE 1) is DENIED as moot.

SO ORDERED, this the 30th day of November, 2022.

LOUISE W. FLANAGAN
United States District Judge